**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ROBERT ENTOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:16-CV-02216-TCB |
| LINDBERGH@SUMMERLIN, LLC; MARCO REVAH; AND CAROLINE REVAH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, the parties have settled the above-captioned action and filed a Joint Motion for Order Approving Settlement ("Joint Motion"), along with a copy of the fully-executed Settlement Agreement and General Release, dated August 3rd and 4th, 2016; and

WHEREAS, the Court, having considered the parties Joint Motion, finds that the settlement provides a fair, just and reasonable resolution of the disputed claims which have arisen in this lawsuit;

The Court therefore GRANTS the parties' Joint Motion, approves the settlement, and orders that the above-captioned action shall be dismissed with prejudice and without costs or attorneys' fees to either party.

1

DONE and ORDERED this 17th day of August, 2016.

_____
Hon. Timothy C. Batten
United States District Court
Northern District of Georgia